Union Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. McLaughlin, J., dissenting.

Bertha Brodsky, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Nene van Tuyll Fenn, in Behalf of Herself and Other Stockholders of W. M. Ostrander, Incorporated, Similarly Situated, Who May Join with Plaintiff and Contribute to the Expense of This Action, Plaintiff, Respondent, v. W. M. Ostrander, Incorporated, Appellant, Impleaded with Walter M. Ostrander and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., to Mohegan Avenue from East One Hundred and Seventy-fifth Street to East One Hundred and Seventy-sixth Street, in the Twenty-fourth Ward, Borough of the Bronx, City of New York. Adelaide V. Black, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George M. Cohan and Samuel H. Harris, Copartners, Trading in the Name of Cohan & Harris, Appellants, v. Eugene Walter and David Belasco, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of William E. Murphy, Appellant, for a Writ of Mandamus Directed to Frank L. Polk, as President, and Others, as Commissioners, Comprising the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William H. Miller, Appellant, v. Buffalo German Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

G. Frederic Collins, Respondent, v. Joseph M. Flannery, Appellant, Impleaded with James J. Flannery.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Midland Motor Company, Appellant, v. Albert F. Britton, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Fred B. Wilson, Appellant, v. Cora L. Burgess and Others, Individually and as Executors and Trustees of and under the Last Will and Testament of William H. Burgess, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles H. Speirs, Appellant, v. Morris Pokress and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benoit Wasserman, Respondent, v. Florida East Coast Hotel Company, Appellant, Impleaded with Florida East Coast Railway Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

E. Clemens Horst Company, Respondent, v. M. Groh's Sons, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nene van Tuyll Fenn, in Behalf of Herself and Other Stockholders of W. M. Ostrander, Incorporated, Similarly Situated, Who May Join with Plaintiff and Contribute to the Expense of This Action, Respondent, v. Mutual Bond and Realty Company, Appellant, Impleaded with W. M. Ostrander, Incorporated,